UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLA R. MCBEATH,

                Plaintiff,

     -against-

SPENCE-CHAPIN SERVICES TO FAMILIES AND CHILDREN et al.,

                Defendants.

Case No. 1:24-cv-03151 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    IT IS ORDERED that the Clerk of Court shall attempt to locate *pro bono* counsel for the limited purpose of representing Plaintiff at the mediation ordered by the Court at Dkt. 20.

    IT IS FURTHER ORDERED that any objection to the request for *pro bono* counsel must be filed within 21 days of this order. Any objection will be considered waived if not filed within this time.

    Parties are advised that the search for *pro bono* counsel will not commence unless and until the time for parties to object to the request for counsel has passed without objection. *Pro bono* counsel will contact Plaintiff directly.[1] *Pro bono* counsel will represent Plaintiff solely for purposes of the mediation; at the conclusion of the mediation process the *pro bono* counsel may file a Notice of Completion.

---

[1] Because volunteer attorneys are a scarce resource, *pro se* litigants are not entitled to their choice of *pro bono* counsel. *Cf. Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172-73 (2d Cir. 1989) (per curiam). Barring extraordinary circumstances, if Plaintiff chooses not to work with the volunteer attorney or law-school clinic that reaches out to Plaintiff, Plaintiff's options are to obtain counsel without assistance from the court or proceed *pro se* in the mediation.

The time to assign a mediator under Local Civil Rule 83.9 and the Court's Mediation Program Procedures will be deferred until *pro bono* counsel has filed a Notice of Limited Appearance of Pro Bono Counsel.

Dated: August 28, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge